UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN ATHEISTS, INC.; DENNIS HORVITZ; KENNETH BRONSTEIN; MARK PANZARINO; AND JANE EVERHART,<br><br>Plaintiffs,<br><br>-against-<br><br>PORT AUTHORITY OF NEW YORK AND NEW JERSEY; STATE OF NEW JERSEY; GOVERNOR CHRIS CHRISTIE, in his official capacity; SILVERSTEIN PROPERTIES, INC.; LOWER MANHATTAN DEVELOPMENT CORPORATION; WORLD TRADE CENTER MEMORIAL FOUNDATION/NATIONAL SEPTEMBER 11 MEMORIAL AND MUSEUM; WORLD TRADE CENTER PROPERTIES, LLC; CHURCH OF THE HOLY NAME OF JESUS; AND BRIAN JORDAN,<br><br>Defendants. | Case No.: 11 Civ. 6026<br><br>ECF CASE<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Mark Panzarino, by and through his undersigned counsel, gives notice that he hereby dismisses his claims against all Defendants without prejudice and withdraws as a Plaintiff from the above-captioned action. This dismissal shall not affect any of the remaining Plaintiffs' claims in this action.

Dated: September 6, 2011
      New York, New York

                                          Wong, Wong & Associates, P.C.

                                By: _____

                                          Jonathan T. Trexler
                                          *Attorneys for the Plaintiffs*
                                          150 Broadway, Suite 1588
                                          New York, NY 10038
                                          Tel. (212)-566-8080
                                          Fax (212)-566-8960
                                          jtrexler@wongwonglaw.com

## CERTIFICATE OF SERVICE

I, Jonathan T. Trexler, do hereby certify that, on September 6, 2011, I caused to be served one copy of Plaintiff Mark Panzarino's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) upon Defendants, via ECF and via U.S. Mail to:

PORT AUTHORITY OF NY & NJ
GENERAL COUNSEL
225 PARK AVE S
NEW YORK NY 10003

STATE OF NEW JERSEY
OFFICE OF THE ATTORNEY GENERAL
PO BOX 080
TRENTON NJ 08625-0080

GOVERNOR CHRIS CHRISTIE
OFFICE OF THE GOVERNOR
PO BOX 001
TRENTON NJ 08625

SILVERSTEIN PROPERTIES INC
CORPORATE OFFICE
250 GREENWICH ST 38TH FLR
NEW YORK NY 10007

MARK HOWARD ALCOTT
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

GERARD E. HARPER
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

HANNAH SUZANNE SHOLL
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PAUL ANDREW PATERSON
PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

WORLD TRADE CENTER PROPERTIES LLC
JONATHAN W KNIPE GENERAL COUNSEL
SILVERSTEIN PROPERTIES INC
7 WORLD TRADE CNTR 250 GREENWICH ST
NEW YORK NY 10007

CHURCH OF THE HOLY NAME OF JESUS
JAMES P MCCABE
207 W 96TH ST
NEW YORK NY 10025

BRIAN JORDAN
JAMES P MCCABE
ARCHDIOCESE OF NEW YORK
1011 FIRST AVE FLR 11
NEW YORK NY 10022

Dated: September 6, 2011
       New York, NY

_____
Jonathan T. Trexler