UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN ATHEISTS, INC.; DENNIS
HORVITZ; KENNETH BRONSTEIN;
MARK PANZARINO; AND JANE
EVERHART,

        Plaintiffs,

        v.

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY; STATE OF NEW
JERSEY: GOVERNOR CHRIS
CHRISTIE, in his official capacity;
SILVERSTEIN PROPERTIES, INC.;
LOWER MANHATTAN
DEVELOPMENT CORPORATION;
WORLD TRADE CENTER MEMORIAL
FOUNDATION/NATIONAL
SEPTEMBER 11 MEMORIAL AND
MUSEUM; WORLD TRADE CENTER
PROPERTIES, LLC; CHURCH OF THE
HOLY NAME OF JESUS; AND BRIAN
JORDAN,

        Defendants.

No. 11 Civ. 6026 (DAB) (MHD)

*ECF Case*

---

# MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the

Southern and Eastern Districts of New York, I Edwin Kagin, hereby move this Court for

an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiffs in the

above-captioned action.

I am in good standing of the bar of the state of Kentucky and there are no pending

disciplinary proceedings against me in any state or federal court.

Dated: January 30, 2012

Respectfully Submitted,

Applicant Signature

Applicant's Name: Edwin F. Kagin

Firm Name: Edwin F. Kagin, Attorney at Law

Address: P.O. Box 666, 10742 Sedco Drive

City / State / Zip: Union, Kentucky 41091

Telephone: 859-384-7000

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN ATHEISTS, INC.; DENNIS
HORVITZ; KENNETH BRONSTEIN;
MARK PANZARINO; AND JANE
EVERHART,

                    Plaintiffs,

          v.

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY; STATE OF NEW
JERSEY; GOVERNOR CHRIS
CHRISTIE, in his official capacity;
SILVERSTEIN PROPERTIES, INC.;
LOWER MANHATTAN
DEVELOPMENT CORPORATION;
WORLD TRADE CENTER MEMORIAL
FOUNDATION/NATIONAL
SEPTEMBER 11 MEMORIAL AND
MUSEUM; WORLD TRADE CENTER
PROPERTIES, LLC; CHURCH OF THE
HOLY NAME OF JESUS; AND BRIAN
JORDAN,

                    Defendants.

No. 11 Civ. 6026 (DAB) (MHD)

*ECF Case*

## ORDER FOR ADMISSION PRO HAC VICE

The motion of Edwin Kagin, for admission to practice Pro Hac Vice in the above

captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of

Kentucky; and that his/her contact information is as follows

Applicant's Name: Edwin F. Kagin

Firm Name: Edwin F. Kagin, Attorney at Law

Address: P.O. Box 666, 10742 Sedco Drive

City / State / Zip: Union, Kentucky, 41091

Telephone / Fax: 859-384-7000 / 859-384-7324

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel

for Plaintiffs in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the

above captioned case in the United States District Court for the Southern District of New

York. All attorneys appearing before this Court are subject to the Local Rules of this

Court, including the Rules governing discipline of attorneys. If this action is assigned to

the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF

password at http://nysd.uscourts.gov/ecf_registration.php.

SO ORDERED this _____ day of

_____, 2012.

_____

Hon. Deborah Batts
United States District Judge

**OFFICERS**
Margaret E. Keane
President

W. Douglas Myers
President-Elect

Thomas L. Rouse
Vice President

Bruce K. Davis
Past President

**YOUNG LAWYERS**
Rebekkah Bravo Rechter
Chair

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Douglas C. Ballantine
Anita M. Britton
Douglass Farnsley
Jonathan Freed
William R. Garmer
James D. Harris, Jr.
Richard Hay
Scrieta G. Jaggers
David V. Kramer
Earl M. McGuire
Bobby Rowe
J. Stephen Smith
R. Michael Sullivan
M. Gail Wilson

# KENTUCKY BAR ASSOCIATION

514 WEST MAIN STREET
FRANKFORT, KENTUCKY 40601-1812
(502) 564-3795
FAX (502) 564-3225
www.kybar.org



THIS IS TO CERTIFY THAT

*EDWIN FREDERICK KAGIN*

*10742 Sedco Drive*
*Post Office Box 559*
*Union, Kentucky 41091*

Membership No. _37136_

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. Dated this 16th day of March, 2012.*

**JOHN MEYERS**
**REGISTRAR**

By: _Michele M. Pogrotsky_
**Michele M. Pogrotsky, Deputy Registrar**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN ATHEISTS, INC.; DENNIS
HORVITZ; KENNETH BRONSTEIN;
MARK PANZARINO; AND JANE
EVERHART,

Plaintiffs,

v.

PORT AUTHORITY OF NEW YORK
AND NEW JERSEY; STATE OF NEW
JERSEY; GOVERNOR CHRIS
CHRISTIE, in his official capacity;
SILVERSTEIN PROPERTIES, INC.;
LOWER MANHATTAN
DEVELOPMENT CORPORATION;
WORLD TRADE CENTER MEMORIAL
FOUNDATION / NATIONAL
SEPTEMBER 11 MEMORIAL AND
MUSEUM; WORLD TRADE CENTER
PROPERTIES, LLC; CHURCH OF THE
HOLY NAME OF JESUS; AND BRIAN
JORDAN,

Defendants.

No. 11 Civ. 6026 (DAB) (MHD)

*ECF Case*

_____

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of March, 2012, a copy of the
Motion for Admission Pro Hac Vice for Edwin F. Kagin, was served upon the
Defendant via the United States Postal Service, addressed to:

Mark Alcott
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York NY 10019-6064

Megan Lee
Deputy Chief, New York Litigation
Port Authority of New York and New Jersey
225 Park Avenue South, 15th Floor

New York, NY 10003

Danielle Mathey

**Richard Mathey, Attorney At Law**
Po Box 1060  307-875-5872
Green River, WY 82935

02-06

11502

99-8676/1023

DATE Mar. 26, 2012

PAY
TO THE
ORDER OF  Clerk of Court, SDNY

$ 200.00

Two Hundred & 00/100

DOLLARS

TRONA VALLEY COMMUNITY
FEDERAL CREDIT UNION
Green River, Rock Springs,
Evanston

FOR

Richard Mathey

MP

⑈011502⑈ ⑇3023867655⑇190371000312⑈